■ LENA FERRANDINO et al. v. FRANCES L. CARTELLI, as Executrix.— Motion to dismiss appeal from judgment and order granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before October 4, 1960, with notice of argument for the November 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, McNally and Stevens, JJ.

■ LENA FERRANDINO et al. v. FRANCES L. CARTELLI, as Executrix.— Motion to dismiss appeal from order of October 1, 1959, granted, with $10 costs, unless appellants procure the record on appeal and appellants' points to be served and filed on or before October 20, 1960, with notice of argument for November 1, 1960, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. HAROLD SEILER.— Motion for leave to reargue prior motion denied. Concur — Rabin, J. P., Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. MILES CONNOR.— Motion for leave to appeal as a poor person granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of Bronx County, and files 6 typewritten or 19 mimeographed copies thereof, together with the original record, with this court on or before October 4, 1960, with notice of argument for the November 1960 Term of this court, said appeal to be argued or submitted when reached. Anthony F. Marra, Esq., of 100 Centre Street, New York 13, New York is assigned as counsel for appellant for the purposes of the appeal. Concur — Botein, P. J., Breitel, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE FELD.— Motion for leave to appeal as a poor person granted insofar as to permit the appeal to be heard on the original record, without printing the same, except that a certified copy of the indictment shall be substituted in place of the original indictment, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of New York County and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before October 4, 1960, with notice of argument for the November 1960 Term of this court, said appeal to be argued or submitted when reached. Anthony F. Marra, Esq., of 100 Centre Street, New York 13, New York is assigned as counsel for the appellant for the purposes of the appeal. Concur — Botein, P. J., Breitel, McNally and Stevens, JJ.